Jessica R. K. Dorman, Esq. (SBN: 279919)
jessica@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3609
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Timothy Barrett

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| TIMOTHY BARRETT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SWIFT FUNDS, LLC,<br><br>　　　　Defendant. | **Case No: 3:14-cv-02193-JAH-MDD**<br><br>**PROOF OF SERVICE OF SUMMONS** |
|---|---|

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of California

Case Number: 14CV2193 JAH MDD

Plaintiff:
**Timothy Barrett**

vs.

Defendant:
**Swift Funds, LLC**

For:
Jessica Dorman, Esq.
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108

Received by Southwest Legal Services to be served on **Swift Funds, LLC c/o Marie Petree, 3432 Palo Vista, Rancho Palos Verdes, CA 90275**.

I, George Sano, do hereby affirm that on the **16th day of February, 2015** at **6:30 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint and Civil Case Cover Sheet** with the date and hour of service endorsed thereon by me, to: **Michael O'Connor** as **Co-Resident to Marie Petree, Agent** for **Swift Funds, LLC**, at the address of: **3432 Palo Vista, Rancho Palos Verdes, CA 90275**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

George Sano
PSC2623

**Southwest Legal Services**
2221 Camino Del Rio South, Suite 103
San Diego, CA 92108
(619) 955-7225

Our Job Serial Number: GSI-2015000641
Ref: 411724
Service Fee: _____

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m